| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | KEVIN C. KHASIGIAN |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA  95814 |
| 4 | Telephone:  (916) 554-2700 |
| 5 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | 2:16-CV-00366-TLN-CKD |
| Plaintiff, | | |
| v. | | ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM APRIL 22, 2016 TO MAY 20, 2016 |
| REAL PROPERTY LOCATED AT 501 GIBSON DRIVE, APARTMENT #221, ROSEVILLE, CALIFORNIA, PLACER COUNTY, APN: 361-030-005, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | | |
| Defendant. | | |

Pursuant to the United States' Request to Extend the Deadline to Submit a Joint Status Report from April 22, 2016 to May 20, 2016, the Court finds that there is good cause to extend the deadline to file a joint status report in this case from April 22, 2016 to May 20, 2016.

IT IS SO ORDERED.

Dated: April 12, 2016

_____
Troy L. Nunley
United States District Judge

United States' Request to Extend the Deadline
to Submit a Joint Status Report