PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CV-00366-TLN-CKD |
| Plaintiff, | ORDER TO VACATE THE CURRENT JOINT STATUS REPORT DEADLINE |
| v. | |
| REAL PROPERTY LOCATED AT 501 GIBSON DRIVE, APARTMENT #221, ROSEVILLE, CALIFORNIA, PLACER COUNTY, APN: 361-030-005, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

Pursuant to the United States' Notice of Filing of Default Judgment Motion and Request to Vacate the Current Joint Status Report Deadline, the Court finds that there is good cause to vacate the deadline to file a joint status report pending the outcome of the default motion.

IT IS SO ORDERED.

Dated: May 19, 2016

Troy L. Nunley
United States District Judge

1

Order to Vacate the Current Joint Status Report Deadline