PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CV-00366-TLN-CKD |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS |
| v. | |
| REAL PROPERTY LOCATED AT 501 GIBSON DRIVE, UNIT 221, ROSEVILLE, CALIFORNIA, PLACER COUNTY, APN: 361-030-005, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

This matter came before the Honorable Judge Carolyn K. Delaney on the United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant property to oppose the United States' motion.  Based on the United States' motion and the files and records of the court, THE COURT FINDS as follows:

1. This action arose out of a Verified Complaint for Forfeiture *In Rem* filed February 19, 2016.

2. The United States has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimants Christopher Zubiate and Lynda Kaufmann.

3. The United States has shown that a complaint for forfeiture was filed; that potential

Findings and Recommendations

1  claimants Christopher Zubiate and Lynda Kaufmann received notice of the forfeiture action; that any

2  and all other unknown potential claimants have been served by publication; and that grounds exist for

3  entry of a final judgment of forfeiture.

4        Therefore, IT IS RECOMMENDED as follows:

5        1.    That Christopher Zubiate and Lynda Kaufmann be held in default;

6        2.    That the United States' motion for default judgment and final judgment of forfeiture be

7  granted;

8        3.    That judgment by default be entered against any right, title, or interest of potential

9  claimants Christopher Zubiate and Lynda Kaufmann in the defendant property referenced in the above

10  caption and more fully described in Exhibit A attached hereto;

11        4.    That a final judgment be entered, forfeiting all right, title, and interest in the defendant

12  property to the United States, to be disposed of according to law;

13        5.    That the Default Judgment and Final Judgment of Forfeiture lodged herein be signed by

14  the Honorable Troy L. Nunley and filed by the Clerk of the Court.

15  Dated:  May 20, 2016

16                                          _____
                                            CAROLYN K. DELANEY
17                                          UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

2

**Exhibit A**

Real property at 501 Gibson Drive, Unit 221, Roseville, California

THE LAND DESCRIBED HEREIN IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF PLACER, CITY OF ROSEVILLE, AND IS DESCRIBED AS FOLLOWS:

A CONDOMINIUM COMPOSED OF:

PARCEL ONE:

AN UNDIVIDED ONE-TWENTY-FOURTH (1/24TH) INTEREST AS TENANT-IN-COMMON IN AND TO THE REAL PROPERTY DESCRIBED AS FOLLOWS:

LOT 2 OF FINAL MAP FOR RESERVES AT GALLERIA AS SHOWN BY MAP FILED AUGUST 14, 2003 IN BOOK Z OF MAPS, PAGE 24, PLACER COUNTY RECORDS.

EXCEPTING THEREFROM THE FOLLOWING:

(A) ALL LIVING UNITS SHOWN UPON THE RESERVES AT GALLERIA PHASE 1B CONDOMINIUM PLAN RECORDED AUGUST 14, 2003 AS DOCUMENT #2003-137568, IN THE OFFICIAL RECORDS, PLACER COUNTY, CALIFORNIA (CONDOMINIUM PLAN)

(B) THE EXCLUSIVE RIGHT TO POSSESSION OF ALL THOSE DESIGNATED AREAS AS EXCLUSIVE USE COMMON AREA DECK AND CARPORT AND SHOWN UPON THE CONDOMINIUM PLAN REFERRED TO HEREINABOVE.

(C) EXCEPTING THEREFROM ALL OIL, GAS, MINERALS, HYDROCARBON AND KINDRED SUBSTANCES LYING BELOW A DEPTH OF 500 FEET AS RESERVED IN THOSE CERTAIN DEEDS RECORDED MAY 5, 1982, IN BOOK 2497, AT PAGE 696, AND JULY 24, 1972, IN BOOK 1432, AT PAGE 305, OFFICIAL RECORDS.

PARCEL TWO:

LIVING UNIT 221 AS SHOWN ON THE CONDOMINIUM PLAN REFERRED TO HEREINABOVE.

PARCEL THREE:

THE EXCLUSIVE RIGHT TO THE USE, POSSESSION AND OCCUPANCY OF THOSE PORTIONS OF THE REAL PROPERTY REFERRED TO IN PARCEL ONE ABOVE, DESIGNATED AS EXCLUSIVE USE COMMON AREA DECK AS APPURTENANT TO PARCELS ONE AND TWO ABOVE DESCRIBED AND BEARING THE SAME DESIGNATION AS THE LIVING UNIT REFERRED TO IN PARCEL TWO ABOVE.

PARCEL FOUR:

THE EXCLUSIVE RIGHT TO THE USE, POSSESSION AND OCCUPANCY OF THOSE PORTIONS OF THE REAL PROPERTY REFERRED TO IN PARCEL ONE ABOVE, DESIGNATED AS EXCLUSIVE USE COMMON AREA CARPORT AS APPURTENANT TO PARCELS ONE, TWO AND THREE ABOVE DESCRIBED AND BEARING THE SAME NUMBER DESIGNATION AS THE LIVING UNIT REFERRED TO IN PARCEL TWO ABOVE.

APN: 361-030-005

Findings and Recommendations